**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **JULIUS ANTHONY INGRAM,** | : | |
| Petitioner | : | |
| | : | |
| v. | : | **CASE NO. 7:07-CV-2 (HL)** |
| | : | |
| **HUGH SMITH, Warden, et al,** | : | |
| Respondents | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 5) filed January 7 , 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the petitioner to the Magistrate Judge's Recommendation within the time allotted.

**SO ORDERED,** this the 5th day of April, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**