IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JULIUS ANTHONY INGRAM, | : |
| Petitioner, | : |
| | : |
| | : Civil Action No. |
| | : 7:07-CV-02 (HL) |
| v. | : |
| | : |
| HUGH SMITH, Warden, | : |
| Respondent. | : |
| _____ | : |

## ORDER

Before the Court is the Recommendation (Doc. 15) entered on February 2, 2010, of United States Magistrate Judge G. Mallon Faircloth, in which the Magistrate Judge recommends that the Application for Federal Write of Habeas Corpus filed by Petitioner be denied. Petitioner has filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's objection and has made a de novo determination of the portion of the recommendation to which he objects. The Court finds no clear error in the Magistrate Judge's decision. Accordingly, the Court adopts the Recommendation. Petitioner's Application for Federal Writ of Habeas Corpus (Doc. 2) is denied.

**SO ORDERED**, this the 25th day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**

lmc